# IN THE SUPREME COURT OF THE STATE OF NEVADA

JILL MARSON,

               Appellant,

vs.

SAMUEL MARSON,

               Respondent.

No. 84374

**FILED**

APR 29 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPPEAL*

This is a pro se appeal from an order denying appellant's motion to enforce or show cause regarding contempt for respondent's alleged failure to pay alimony. Second Judicial District Court, Washoe County; Dixie Grossman, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) ("this court may only consider appeals authorized by statute or court rule"). No statute or court rule provides for an appeal from an order regarding the failure to pay alimony. Further, a contempt order is not independently appealable. *See Pengilly v.*

22-13705

*Rancho Santa Fe Homeowners Ass'n,* 116 Nev. 646, 649, 5 P.3d 569, 671 (2000). This court lacks jurisdiction and therefore

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:    Hon. Dixie Grossman, District Judge
Jill Marson
Allison W. Joffee
Washoe District Court Clerk